**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**



FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 OCT 19 AM 11: 53

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | INDICTMENT |
| JEREMY C. MOONEY, and WILLIAM STANSBERRY, JR., | 18 U.S.C. § 242 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

**GENERAL ALLEGATIONS**

At all times relevant to this Indictment:

1. Defendant **JEREMY C. MOONEY** was employed by the Pike County Sheriff's Office in Waverly, Ohio.

2. Defendant **WILLIAM STANSBERRY, JR.**, was employed in a supervisory capacity by the Pike County Sheriff's Office in Waverly, Ohio.

3. VICTIM A was in the custody of the Pike County Sheriff's Office at the time of this incident.

4. VICTIM A had been arrested and had not yet had an initial court appearance on the related charges at the time of the conduct described in Counts One through Three.

5. The allegations set forth in paragraphs 1 through 4 are re-alleged and incorporated in Counts 1 through 3.

## COUNT 1
### (Deprivation of Rights Under Color of Law)

6. On or about November 18, 2019, in the Southern District of Ohio, Defendant **JEREMY C. MOONEY**, while acting under color of law, willfully deprived VICTIM A of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable searches and seizures, which includes the right to be free from the unreasonable use of force by one acting under color of law. Specifically, Defendant **JEREMY C. MOONEY** used OC pepper spray or similar spray against VICTIM A without any legitimate law enforcement purpose, and the offense involved the use of a dangerous weapon and resulted in bodily injury to VICTIM A.

**In violation of 18 U.S.C. § 242.**

## COUNT 2
### (Deprivation of Rights Under Color of Law)

7. On or about November 18, 2019, in the Southern District of Ohio, Defendant **JEREMY C. MOONEY**, while acting under color of law, willfully deprived VICTIM A of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable searches and seizures, which includes the right to be free from the unreasonable use of force by one acting under color of law. Specifically, Defendant **JEREMY C. MOONEY** struck VICTIM A multiple times without any legitimate law enforcement purpose, and the offense resulted in bodily injury to VICTIM A.

**In violation of 18 U.S.C. § 242.**

## COUNT 3
### (Deprivation of Rights Under Color of Law)

8.     On or about November 18, 2019, in the Southern District of Ohio, Defendant **WILLIAM STANSBERRY, JR.**, while acting under color of law, willfully deprived VICTIM A of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable searches and seizures, which includes the right to be free from the unreasonable use of force by one acting under color of law. Specifically, Defendant **WILLIAM STANSBERRY, JR.**, was aware that Defendant Jeremy C. Mooney was repeatedly using OC pepper spray or similar spray against VICTIM A while VICTIM A was restrained and not posing a threat to anyone, and Defendant **WILLIAM STANSBERRY, JR.**, willfully failed to intervene to stop Defendant Jeremy C. Mooney's unreasonable use of force, despite having the opportunity to do so. This offense resulted in bodily injury to VICTIM A and involved the use of a dangerous weapon.

**In violation of 18 U.S.C. § 242.**

A TRUE BILL

s/Foreperson
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**KRISTEN CLARKE**
**ASSISTANT ATTORNEY GENERAL**
**CIVIL RIGHTS DIVISION**

**PETER K. GLENN-APPLEGATE (0088708)**
**Assistant United States Attorney**

**CAMERON A. BELL**
**Trial Attorney**

3