AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 NOV -2 PM 3: 36

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| United States of America | )  | |
|---|---|---|
| v. | ) | Case No.  2-22-CR-201  EAS |
| Jeremy C. Mooney | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jeremy C. Mooney                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Deprivation of rights under color of law., Counts 1 and 2. 18 U.S.C. § 242

Date:     10/19/2022                                                *Spencer D. Harris*
                                                                        Issuing officer's signature

City and state:     Columbus, OH                                **Spencer D. Harris Courtroom Deputy**
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* __10/19/2022__ , and the person was arrested on *(date)* __10/27/2022__ at *(city and state)* __Columbus OH 4325__ . |
| Date: __10/27/2022__          *Arresting officer's signature* |
|          Donald Bug McDustl  SA FBI  *Printed name and title* |