# **CRIMINAL MINUTES**

2:22-cr-201(1) and (2)
USA v. Jeremy C. Mooney, et al.
(Bond)

## **Arraignment on Indictment**
**held on Thursday, November 10, 2022 at 11:30 a.m.**
**via GoToMeeting Video Conference**
**before Judge Edmund A. Sargus, Jr.**

For Govt: Peter Glenn-Applegate and Cameron Alyse Bell

For Deft Jeremy C. Mooney: Deb Williams Stacey MacDonald
For Defendant William Stansberry, Jr.: Mark Collins and Kaitlyn Stephens.

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

> Jeremy C. Mooney entered a plea of not guilty to counts 1 and 2 of the indictment.
>
> William Stansberry, Jr. Entered a plea of not guilty to count 3 of the indictment.
>
> Trial scheduled for January 3, 2023.